IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 APR 21 PM 5:08
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WALTER AGUSTIN NAVARRO-SANTA CRUZ, aka WALTER A. NAVARRO, aka WALTER NAVARRO SANTACRUZ, aka WALTER AGUSTIN NAVARRO SANTACRUZ,<br><br>        Defendant. | 8:25CR95<br><br>INDICTMENT<br>42 U.S.C. § 408(a)(7)(B)<br>18 U.S.C. § 1546(b)(2)<br>8 U.S.C. § 1326(a) |

The Grand Jury charges:

### COUNT I
(False Representation of a Social Security Number)

On or about November 30, 2023, in the District of Nebraska, the Defendant, WALTER AGUSTIN NAVARRO-SANTA CRUZ, aka WALTER A. NAVARRO, aka WALTER NAVARRO SANTACRUZ, aka WALTER AGUSTIN NAVARRO SANTACRUZ, with intent to deceive, falsely represented a number to be the Social Security account number assigned by the Commissioner of Social Security to him, when in fact such number, ending in XXX-XX-4110, is not the Social Security account number assigned by the commissioner of Social Security to him, for purposes of obtaining any benefit to which he is not entitled and for any other purpose, to wit: to satisfy a requirement of section 274A(b) of the Immigration and Nationality Act.

In violation of Title 42, United States Code, Section 408(a)(7)(B), and subject to sentencing under Title 18.

1

## COUNT II
(Use of False Immigration Identification Document)

On or about November 30, 2023, in the District of Nebraska, the Defendant, WALTER AGUSTIN NAVARRO-SANTA CRUZ, aka WALTER A. NAVARRO, aka WALTER NAVARRO SANTACRUZ, aka WALTER AGUSTIN NAVARRO SANTACRUZ, for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act, used a false identification document, to wit: a Social Security card bearing number XXX-XX-4110, and a United States Permanent Resident Card bearing number XXX-XXX-844, knowing and having reason to know that the document was false in that it was not issued lawfully for the use of Defendant, who possessed said document.

In violation of Title 18, United States Code, Section 1546(b)(2).

## COUNT III
(Re-entry of Removed Alien)

On or about March 21, 2025, in the District of Nebraska, the defendant, WALTER AGUSTIN NAVARRO-SANTA CRUZ, aka WALTER A. NAVARRO, aka WALTER NAVARRO SANTACRUZ, aka WALTER AGUSTIN NAVARRO SANTACRUZ, an alien who previously had been excluded, deported, and removed from the United States to El Salvador, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557), having expressly consented to defendant's reapplication for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: 
JOHN E. HIGGINS
Assistant U.S. Attorney