IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>WALTER AGUSTIN NAVARRO-SANTA CRUZ, aka WALTER A. NAVARRO, aka WALTER NAVARRO SANTACRUZ, aka WALTER AGUSTIN NAVARRO SANTACRUZ,<br><br>   Defendant. | 8:25CR95<br><br>NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |

  Comes now the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to the defendant in the above-captioned case.

  DATED this 8th day of May, 2025.

              Respectfully submitted;

              MATTHEW R. MOLSEN
              Acting United States Attorney
              District of Nebraska

      By: s/ John E. Higgins
         JOHN E. HIGGINS, #19546
         Assistant U.S. Attorney
         1620 Dodge Street, Suite 1400
         Omaha, NE   68102-1506
         Tel:   (402) 661-3700
         Fax:   (402) 345-5724
         E-mail:   john.higgins@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on May 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

                                                            s/ John E. Higgins
                                                            Assistant U.S. Attorney